Teresa C. Chow (SBN 237694)
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: (310) 820-8800

Joel Griswold (*pro hac vice forthcoming*)
*jcgriswold@bakerlaw.com*
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4088

*Attorneys for Defendant*
*Designer Brands, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PESKETT, individually and on behalf of a class of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DESIGNER BRANDS, INC., an Ohio corporation,<br><br>Defendant. | Case No.: 2:20-cv-00563<br><br>[Filed concurrently with Civil Cover Sheet and Certification and Notice of Interested Parties]<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Designer Brands, Inc. ("Defendant") hereby provides notice of removal of this action from the Superior Court of the State of California, Los Angeles County to the United States District Court for the Central District of California. In support of this Notice of Removal, Defendant states as follows:

1. On October 25, 2019, Plaintiff Sharon Peskett ("Plaintiff") filed a putative class action complaint against Defendant in the Superior Court of the State of California, Los Angeles County, captioned *Sharon Peskett v. Designer Brands, Inc., No. 19STCV38324* (the "State Court Action").

2. Plaintiff served Defendant with a copy of the Complaint filed in the State Court Action on December 19, 2019.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days of "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

4. A copy of the Superior Court of the State of California, Los Angeles County case docket as of the date of this filing is attached as Exhibit 1. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders that have been filed and served in the State Court Action are attached hereto as Exhibit 2.

5. Pursuant to 28 U.S.C. §§ 1331 and 1441(a), removal is proper because the Complaint includes claims arising under the laws of the United States. Specifically, the Complaint asserts a single count for alleged violation of the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681 *et seq.*

6. Venue is proper in the Central District of California because the State Court Action is pending within the jurisdictional confines of this Court. 28 U.S.C. § 1446(a).

7.   Defendant will provide written notice of the filing of this Notice of Removal to Plaintiff and the Superior Court of the State of California, Los Angeles County, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes this civil action to this Court on the bases identified above.

Dated:   January 20, 2020     Respectfully Submitted,

**BAKER & HOSTETLER LLP**

By:  /s/ *Teresa C. Chow*
     Teresa C. Chow

*Attorneys for Defendant*
*Designer Brands, Inc.*

# CERTIFICATE OF SERVICE

I, *Teresa C. Chow*, certify that on January 20, 2020, the foregoing **NOTICE OF REMOVAL**, was served via email on the following:

Joseph M. Hekmat
*jhekmat@hekmatlaw.com*
HEKMAT LAW GROUP
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone: (424) 888-0848

Scott D. Owens
*scott@scottdowens.com*
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33019
Telephone: (954) 589-0588

Keith J. Keogh
*keith@keoghlaw.com*
KEOGH LAW, LTD
55 W. Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092

Brett L. Lusskin, Jr.
*blusskin@lusskinlaw.com*
BRETT LUSSKIN, P.A.
20803 Biscayne Blvd., Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841

*Counsel for Plaintiff
and the Putative Class*

                               */s/ Teresa C. Chow*
                               Teresa C. Chow