# EXHIBIT 1

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV38324

SHARON PESKETT VS DESIGNER BRANDS, INC.

**Filing Courthouse:** Spring Street Courthouse

**Filing Date:** 10/25/2019
**Case Type:** Other Non-Personal Injury/Property Damage tort (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**02/19/2020** at 13:30 PM in Department 10 at 312 North Spring Street, Los Angeles, CA 90012
Initial Status Conference

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

DESIGNER BRANDS INC. - Defendant

HEKMAT JOSEPH M. - Attorney for Plaintiff

PESKETT SHARON - Plaintiff

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**01/10/2020** Certificate of Mailing for ((Court Order) of 01/10/2020, Initial Status Conference Order)
Filed by Clerk

**01/10/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/10/2020** Initial Status Conference Order
Filed by Clerk

**01/02/2020** Proof of Personal Service
Filed by Sharon Peskett (Plaintiff)

**10/25/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**10/25/2019** Summons (on Complaint)
Filed by Clerk

**10/25/2019** Civil Case Cover Sheet
Filed by Sharon Peskett (Plaintiff)

**10/25/2019** Complaint
Filed by Sharon Peskett (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**01/10/2020** at 3:00 PM in Department 10, William F. Highberger, Presiding
Court Order

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**01/10/2020** at 3:00 PM in Department 10, William F. Highberger, Presiding
Court Order

**01/10/2020** Minute Order ( (Court Order))
Filed by Clerk

**01/10/2020** Initial Status Conference Order
Filed by Clerk

**01/10/2020** Certificate of Mailing for ((Court Order) of 01/10/2020, Initial Status Conference Order)
Filed by Clerk

**01/02/2020** Proof of Personal Service
Filed by Sharon Peskett (Plaintiff)

**10/25/2019** Summons (on Complaint)
Filed by Clerk

**10/25/2019** Civil Case Cover Sheet
Filed by Sharon Peskett (Plaintiff)

**10/25/2019** Complaint
Filed by Sharon Peskett (Plaintiff)

**10/25/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk